1  KRISTINA S. HOLMAN
   Nevada State Bar No. 3742
2  1100 East Bridger Ave.
   Las Vegas, NV 89101
3  Tel: (702) 614-7777
   Fax: (702) 255-4779
4  e-mail: kholmanlaw@gmail.com
   Attorney for Plaintiff,
5  SANELA ITOAFA

6  JEFFREY D. OLSTER, SBN 8864
   LEWIS BRISBOIS BISGAARD & SMITH LLP
7  6385 S. Rainbow Blvd., Suite 600
   Las Vegas, NV 89118
8  Tel: 702-893-3383
   Fax: 702-893-3789
9  e-mail: olster@lbbslaw.com

10 MORGAN LEWIS & BOCKIUS LLP
   ANNE M. BRAFFORD, Cal.SBN 237574 (admitted *Pro Hac Vice*)
11 5 Park Plaza, Suite 1750
   Irvine, CA 92614
12 Tel: 949-399-7000
   Fax: 949-399-7001
13 e-mail: abrafford@morganlewis.com
   Attorneys for Defendant,
14 ARAMARK Sports LLC
   (improperly named as ARAMARK CORPORATION)
15

16                 UNITED STATES DISTRICT COURT
17                      DISTRICT OF NEVADA

18 SANELA ITOAFA,                    )
                                     )   Case No. 2:10-cv-01318-RLH-RJJ
19        Plaintiff,                 )
                                     )   **STIPULATION AND ORDER**
20 vs.                               )   **TO DISMISS WITH PREJUDICE**
                                     )
21 ARAMARK CORPORATION; ROE          )
   CORPORATIONS I through X, inclusive; )
22 and, DOES I through X, inclusive, )
                                     )
23        Defendants.                )
                                     )
24 ─────────────────────────────

25     It is hereby stipulated and agreed by and between the parties, Plaintiff Sanela Itoafa and
26 Defendant ARAMARK Sports, LLC (improperly named as ARAMARK Corporation) (collectively the
27 ///
28 ///

1

1  "Parties"), and their respective counsel of record, that the above-entitled matter be dismissed, with
2  prejudice, each party to bear her/its own fees and costs.
3  Dated this 8th day of July, 2011.           Dated this 30 day of June, 2011.
4                                                                          MORGAN, LEWIS & BOCKIUS LLP
5
6  _____          _____
   KRISTINA S. HOLMAN                                      Anne Brafford
7  Attorney for Plaintiff,                                          Attorneys for Defendant,
   SANELA ITOAFA                                              ARAMARK Sports, LLC
8

## ORDER

IT IS SO ORDERED.

_____
United States District Court Judge

Dated this 11th day of July, 2011.

W:\ITOAFA, Sanela\Pleadings\Stipulation and Order to Dismiss.06.29.11.wpd

## **CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of Morgan, Lewis & Bockius LLP and that on this 8th day of July, 2011, I did cause a true copy of the above and foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** to be served electronically via CM/ECF.

By /s/ Kathleen Gregory
An Employee of
MORGAN, LEWIS & BOCKIUS LLP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22138439.5